Karen L. Jacobsen - 125684
Brian P. Dolin - 182971
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.     (916) 971-4100
Fax     (916) 971-4150
kjacobsen@jacobsenmcelroy.com
bdolin@jacobsenmcelroy.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ROSEMARY DORAN, | ) Case No.: 2:20-CV-01150-TLN-CKD |
|---|---|
| Plaintiff, | ) *ACTION FILED: 12/31/2019* |
| vs. | ) **STIPULATION AND ORDER TO EXTEND DISCOVERY** |
| COSTCO WHOLESALE CORPORATION, COSTCO WHOLESALE MEMBERSHIP, INC.; and DOES 1 to 100. | ) |
| Defendants. | ) |

The parties, through their attorneys of record, agree and stipulate as follows:

In light of the Pandemic, the parties' diligent efforts to complete discovery were delayed such that once written discovery was complete and plaintiff was deposed, the time to pursue meaningful settlement discussions was limited.  The parties agreed that options to resolve this matter would be precluded once costs necessary to complete discovery, including retention of medical experts, were incurred.

///

///

In an effort to continue meaningful settlement discussions and possibly resolve this case, the parties seek to extend discovery timelines. It is believed the parties will need to increase the discovery timelines by several months such that if settlement is not possible, the parties may complete the necessary discovery.

Therefore, the parties seek to extend discovery closure timelines such that the following apply:

Discovery Closure - June 7, 2021; and,

Expert Disclosure - August 9, 2021.

**IT IS SO STIPULATED BY THE PARTIES:**

DATED: April 6, 2021    **BERG INJURY LAWYERS**

By: */s/ Lisa M. Fletcher*
Lisa M. Fletcher (CSB #282374)
Berg Injury Lawyers
2271 Watt Avenue, 2nd Floor
Sacramento, CA 95825
Tel: (916) 641-5800
Fax: (916) 993-4181
Lfletcher@berginjurylawyers.com
*Counsel for Plaintiff ROSEMARY DORAN*

DATED: April 6, 2021    **JACOBSEN & McELROY PC**

By: */s/ Brian P. Dolin*
Karen L. Jacobsen (CSB #125684))
Brian P. Dolin (CSB #182971)
Jacobsen & McElroy PC
2401 American River Drive, Suite 100
Sacramento, CA  95825
Telephone:  916-971-4100
Fax:  916-971-4150
E-Mail:   kjacobsen@jacobsenmcelroy.com
             bdolin@jacobsenmcelroy.com
*Counsel for Defendant,* COSTCO WHOLESALE CORPORATION

**FOR GOOD CAUSE SHOWN, IT IS ORDERED** that the following discovery timelines shall be revised as follows:

Discovery to be completed by June 7, 2021; and,

Initial Expert Disclosure by August 9, 2021.

DATED: April 6, 2021

_____
Troy L. Nunley
United States District Judge